UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                      :

UNITED STATES OF AMERICA                  :

                                                                      :

                      -v.-                                    :                           22 Cr. 173 (GHW)

                                                                      :

RASHEEM WILLIAMS,                          ::                             <u>ORDER</u>

                                                                      :

                                    Defendant.   :

                                                                      :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, ASHLEY C. NICOLAS, Assistant United States Attorney, of counsel, and with the consent of RASHEEM WILLIAMS., by and through his attorney, HANNAH MCCREA, it is hereby ORDERED that the pretrial conference in this case is continued from September 28, 2022 to October 6, 2022 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because granting an exclusion is warranted because it will provide time for the parties to negotiate a protective order, allow for the transfer of the defendant's co-defendant, and to begin discussing a potential pretrial disposition. Accordingly, it is further ORDERED that the time from the date of this order through October 6, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: September 26, 2022
New York, New York

                                                                                      _____
                                                                                      GREGORY H. WOODS
                                                                                     United States District Judge