UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- :
: 1:22-cr-173-GHW
:
RASHEEM WILLIAMS, : ORDER
:
Defendant. :
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2023
```

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for May 11, 2023 is adjourned to May 25, 2023 at 2:00 p.m. The defendant's sentencing submissions are due two weeks before sentencing; the Government's sentencing submissions are one week before sentencing.

SO ORDERED.

Dated: February 22, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge