**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

May 11, 2023

**Via ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2023
```

**Re:   United States v. Williams**
       **22 Cr. 173 (GHW)**

Dear Judge Woods:

I write with the consent of the Government to request a slight extension of the deadline to file the defense sentencing submission in the above-captioned matter. The defense submission is due today, May 11, 2023, but the Final PSR has not yet been released by the Probation Department. Probation has informed the undersigned that it believes the Final PSR will be released by tomorrow. So that the defense may review and respond to the Final PSR in its sentencing submission, we respectfully request an extension of the defense filing deadline to Monday, May 15. Given counsel's upcoming trial commitments, we are not requesting an adjournment of the sentencing hearing itself. The Government consents to this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Ashley Nicholas

Application granted. The deadline for the defendant to file its sentencing submissions is extended to May 15, 2023; the deadline for the Government to file its sentencing submissions is extended to May 19, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.

SO ORDERED.

Dated:  May 11, 2023
New York, New York

GREGORY H. WOODS
United States District Judge