

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMORANDUM ENDORSED

July 10, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2023
```

**VIA EMAIL and ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Rasheem Williams*, 22 Cr. 173 (GHW)

Dear Judge Woods:

On May 25, 2023, the Court imposed sentencing in the above-captioned matter, including a requirement that the defendant pay $400 restitution to an identified victim. Attached hereto is a proposed restitution order for the Court's consideration in this matter, which includes the payment schedule outlined by the Court at the time of sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*
Ashley C. Nicolas
Assistant United States Attorney
(212) 637-2467

CC: Counsel of Record by Email

---

The Court did not order restitution in any amount at sentencing. Instead, it deferred the determination of the restitution amount to permit the parties to finalize a calculation of the victims' losses. See Dkt. No. 47 at 33:1-4. The Court requests that the parties confirm whether the defendant has agreed to the amount of restitution referenced in this letter. The response to this request is due no later than July 14, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 49.

SO ORDERED.

Dated: July 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge